

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24CR2407-TWR |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL** |
| LETICIA LOMELI DE BECERRA, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing pursuant to Rule 48(a),

IT IS HEREBY ORDERED that the Information [ECF 20] in the above-entitled case is dismissed without prejudice; and that bond is exonerated.

IT IS SO ORDERED AND ADJUDGED.

DATED: 5/13/25

HONORABLE TODD W. ROBINSON
United States District Judge
Southern District of California